IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 09-30042-DRH |
| vs. ) | |
| ) | |
| DARTALIAN RICHARDSON, ) | |
| ) | |
| Defendant. ) | |

# **ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**
# **(FINAL ORDER OF FORFEITURE)**

On September 1, 2009, this court entered an order for forfeiture against defendant Dartalian Richardson, for the following property which had been seized from said defendant:

1. **One Hi-Point Model CF 380, .380 caliber semi-automatic pistol, bearing serial number P799632; and**

2. **Any and all ammunition contained within or seized with said weapon.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning September 5, 2009, and ending October 4, 2009, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described

1

property that is the subject of the Order of Forfeiture filed on September 1, 2009, namely:

1. **One Hi-Point Model CF 380, .380 caliber semi-automatic pistol, bearing serial number P799632; and**

2. **Any and all ammunition contained within or seized with said weapon.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE: December 2, 2009**

/s/ David R Herndon

**Chief Judge
United States District Court**